IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Action No. 11-cv-00578-REB-KLM

SCOTT MASON,

    Plaintiff,

v.

STEVE HARTLEY, Warden Fremont Corr. Fac.,
MR. HUGHES, Commander, FCF S.E.R.T.,
C/O FRANCIS, FCF S.E.R.T., and
J. DOE, FCF HEALTH SERVICE ADMIN.,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
APR -6 2011
GREGORY C. LANGHAM
CLERK

---

**ORDER REQUIRING SERVICE BY UNITED STATES MARSHAL**

---

**Blackburn, J.**

    This matter is before the court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The court has granted the plaintiff leave to proceed *in forma pauperis*.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That if appropriate, the Clerk shall attempt to obtain a waiver of service from each of the defendants;

    2. That if the Clerk is unable to do so, then the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders on each of the defendants; provided, furthermore, that if appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d);

    3. That all costs of service shall be advanced by the United States; and

4. That after service of process, any defendant or counsel for any defendant having been served shall respond to the complaint as provided in the Federal Rules of Civil Procedure.

Dated April 6, 2011, at Denver, Colorado.

BY THE COURT:

*Bob Blackburn*
Robert E. Blackburn
United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 11-cv-00578-REB-KLM

Scott Mason
Prisoner No. 128939
Arkansas Valley Corr. Facility
PO Box 1000
Crowley, CO 81034

Steve Hartley, Mr. Hughes, and C/O Francis - **WAIVER***
c/o Keith Nordell
Colorado Department of Corrections
Office of Legal Affairs
**DELIVERED ELECTRONICALLY**
**COURTESY COPY**

John Suthers, Attorney General
Office of the Attorney General
**DELIVERED ELECTRONICALLY**
**COURTESY COPY**

Paul Sanzo, Asst. Attorney General
Office of the Attorney General
**DELIVERED ELECTRONICALLY**
**COURTESY COPY**

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to the Keith Nordell for service of process on Steve Hartley, Mr. Hughes, and C/O Francis: COMPLAINT FILED 3/08/11, WAIVER*, SUMMONS, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on 4/6/11.

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk