IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  11-cv-00578-REB-KLM

SCOTT MASON,

     Plaintiff,

v.

STEVE HARTLEY, Warden Fremont Corr. Fac.,
MR. HUGHES, Commander FCF S.E.R.T.,
C/O FRANCIS, FCF S.E.R.T., and
J. DOE, FCF Health Serv. Admin.,

     Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

     This matter is before the Court on Plaintiff's **Motion to Attend Pretrial Conference by Telephone** [Docket No. 16; Filed June 2, 2011] (the "Motion").  As an initial matter, because Plaintiff is incarcerated, he shall appear by telephone at all hearings in this case unless otherwise ordered by the Court.  Accordingly,

     IT IS HEREBY **ORDERED** that the Motion [#16] is **DENIED as moot**.

     After reviewing the record, the Court finds that this case is not yet ripe for a scheduling conference.  Accordingly,

     IT IS FURTHER **ORDERED** that the Order Setting Scheduling/Planning Conference [Docket No. 10] is **vacated**.

     IT IS FURTHER **ORDERED** that a preliminary Scheduling Conference is set for **August 18, 2011 at the hour of 10:00 a.m.** in Courtroom C-204, Second Floor, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado. The parties need not comply with the requirements of Fed. R. Civ. P. 16 and 26(a)(1) and D.C. COLO.LCivR 16.1 and 16.2.  The purpose of the initial conference is to consider the nature and status of the case, the timing for filing of any motions or responses, and what discovery, if any, will be needed.  Plaintiff and his/her case manager shall contact the court at: **(303) 335-2770** on the above date and time in order to participate.

IT IS FURTHER **ORDERED** that the Clerk's Office shall electronically mail a copy of this Minute Order to the legal assistant for the Department of Corrections at the following address: service_of_process@doc.state.co.us. and shall mail a courtesy copy to the case manager for Plaintiff at his/her facility.

Dated:  June 2, 2011