IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00578-REB-KLM

SCOTT MASON,

    Plaintiff,

v.

STEVE HARTLEY, Warden Fremont Corr. Fac.,
MR. HUGHES, Commander FCF S.E.R.T.,
C/O FRANCIS, FCF S.E.R.T., and
J. DOE, FCF Health Serv. Admin.,

    Defendants.
_____

## MINUTE ORDER
_____
### ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX

    This matter is before the Court on Plaintiff's **Motion for Clarification** [Docket No. 61; Filed January 3, 2012] (the "Motion"). Plaintiff requests a clarification with respect to the Minute Entry [#61] for the Scheduling Conference held on August 18, 2011. The language at issue states: "Each side shall be limited to 15 interrogatories, 15 requests for production of documents, and 15 requests for admissions." *See Minute Entry* [#61] at 2.

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**, and the Court clarifies as follows: Plaintiff may only submit a total of 15 interrogatories to Defendants, not 15 interrogatories to each Defendant. Similarly, Defendants collectively may only submit a total of 15 interrogatories to Plaintiff. If Plaintiff believes that more than 15 interrogatories are necessary, he must file a motion with the Court making the request and stating with specificity why more than 15 interrogatories are required for the development of his case.

    Dated: January 4, 2012