IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00578-REB-KLM

SCOTT MASON,

    Plaintiff,

v.

STEVE HARTLEY, Warden Fremont Corr. Fac.,
MR. HUGHES, Commander FCF S.E.R.T.,
C/O FRANCIS, FCF S.E.R.T., and
J. DOE, FCF Health Serv. Admin.,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Motion for Permission to Request Further Interrogatories** [Docket No. 65; Filed January 17, 2012] (the "Motion"). Plaintiff requests permission to serve Defendant Hughes with an additional four interrogatories.

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**. Plaintiff may serve Defendant Hughes with an additional four interrogatories.

    IT IS FURTHER **ORDERED**, *sua sponte*, that Defendants, collectively, may also serve Plaintiff with up to four additional interrogatories.

    Dated: January 18, 2012