IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00578-REB-KLM

SCOTT MASON,

    Plaintiff,

v.

STEVE HARTLEY, Warden Fremont Corr. Fac.,
MR. HUGHES, Commander FCF S.E.R.T.,
C/O FRANCIS, FCF S.E.R.T., and
J. DOE, FCF Health Serv. Admin.,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Motion for Ruling on Plaintiff's Summary Judgment** [Docket No. 105; Filed October 17, 2012] (the "Motion"). In the Motion, Plaintiff seeks an immediate ruling on his pending Motion for Summary Judgment [#74].

    IT IS HEREBY **ORDERED** that the Motion [#105] is **DENIED**. A ruling will issue on Plaintiff's pending Motion for Summary Judgment in due course.

    Dated: October 24, 2012